IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EZEKIEL J. GLICK,

    Plaintiff,

v.

SIDNEY BRUBACKER, et al.

    Defendants.

ORDER

Case No. 25-cv-202-wmc

---

EZEKIEL J. GLICK,

    Plaintiff,

v.

JIM ZIMMERMAN, et al.

    Defendants.

ORDER

Case No. 25-cv-228-wmc

---

Plaintiff Ezekiel J. Glick has submitted a certified inmate trust fund account statement in support of a motion for leave to proceed without prepaying the filing fee. The court must now determine whether plaintiff qualifies for indigent status and, if so, calculate initial partial payments of the filing fee.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(1). Using information from plaintiff's trust fund account statement, I have calculated plaintiff's initial partial payments to be $22.93 for each case (total $45.86) For these cases to proceed, plaintiff must submit this amount on or before April 30, 2025.

ORDER

IT IS ORDERED that:

1. Plaintiff Ezekiel J. Glick is assessed initial partial payments of $22.93 for each case (total $45.86). Plaintiff must submit a check or money order payable to the clerk of court by April 30, 2025 or advise the court in writing why plaintiff is not able to make the initial partial payments.

2. No further action will be taken in these cases until the clerk's office receives the initial partial payments as directed above and the court has screened the complaints as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

2. If plaintiff fails to make the initial partial payments by April 30, 2025, or fails to show cause why the payments could not be made, then I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). If plaintiff submits the initial partial payments within 30 days of dismissal, the case will be reopened. The court will not reopen the case after 30 days unless plaintiff makes a showing that they are entitled to relief under Federal Rule of Civil Procedure 60(b).

Entered this _____ day of _____, 20__.

BY THE COURT:

ANDREW R. WISEMAN
United States Magistrate Judge