IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EZEKIEL J. GLICK,

    Plaintiff,

v.

SIDNEY BRUBACKER, et al.

    Defendants.

ORDER

Case No. 25-cv-202-wmc

EZEKIEL J. GLICK,

    Plaintiff,

v.

JIM ZIMMERMAN, et al.

    Defendants.

ORDER

Case No. 25-cv-228-wmc

On April 2, 2025, I entered an order assessing plaintiff Ezekiel J. Glick initial partial payments of $22.93 for filing each of these cases. Dkt. 5. Now plaintiff has filed a letter in the cases, which I construe as a motion to waive the initial partial payments. Dkt. 7. After re-evaluating plaintiff's inmate account statement and the information plaintiff provided in his motions, it appears that plaintiff presently has no means with which to pay the filing fees or to make the initial partial payments. Under these circumstances, the court will grant plaintiff's motions for leave to proceed without prepayment of the filing fee and will not assess initial partial payments. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for each case for indigent litigants remains his obligation. *See* 28 U.S.C. § 1915(b)(2).

2

ORDER

IT IS ORDERED that the motion filed by plaintiff Ezekiel J. Glick to waive the initial partial filing fees is GRANTED.

Entered this 18th day of April, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge